UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN LANGENBACHER CO., INC.,

              Plaintiff,

-v-

MICHAEL J. FORDE, et al.,

              Defendants.

No. 08 Civ. 11077 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/09

RICHARD J. SULLIVAN, District Judge:

By letter dated May 28, 2009, the parties reported to the Court that this matter has been resolved in principle, and that "[t]he parties are in the process of finalizing settlement documents . . . ." Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice but without costs; provided, however, that before June 30, 2009, any party may apply by letter for restoration of this action to the calendar of the undersigned, in which event the action will be restored and the previously scheduled oral argument will be conducted promptly.

SO ORDERED

Dated:     May 28, 2009
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE